IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIELLE BARNETT, Individually and On Behalf of All Others Similarly Situated, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>SHEA'S AMERICAN GRILLE, LLC, :<br>:<br>Defendant. :<br>: | No. 3:16-cv-00831 (JAM) |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, the Parties have agreed to conditional certification of a collective action pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b);

**WHEREAS**, the Parties dispute the underlying merits of this case as well as the proper scope of class certification pursuant to Connecticut law, and have agreed to attempt to resolve this case through mediation with an experienced and well-respected employment law mediator to be jointly agreed to by the parties, with such mediation to be conducted on or before March 31, 2017, which will give the Parties time to agree on the content of the FLSA conditional certification notice and the FLSA conditional certification notice process, and allow time for the notice to be distributed to the putative collective;

**WHEREAS**, the Parties believe that their resources and the Court's resources would be better served by deferring all discovery, litigation, and Court deadlines until April 14, 2017, which is two weeks after the above deadline to conduct the mediation;

**NOW, THEREFORE**, **IT IS AGREED** as follows:

1.	The Parties agree to FLSA conditional certification of the proposed collective;

2.	Plaintiffs' Connecticut claims and Rule 23 class allegations are dismissed with prejudice;

3.	The Parties will engage in good-faith discussions regarding the content of the proposed FLSA conditional notice as well as the notice process and submit a joint stipulation to the Court with the form of the notice and the outline of the notice process by November 30, 2016, and if the Parties cannot agree on either the form of the notice or the notice process, the Parties will submit a joint letter to the Court on or before November 30, 2016 outlining the areas of disagreement, along with respective argument, for resolution by the Court;

4.	Plaintiffs and their attorneys agree that they will not initiate contact with members of the putative class, who have not already joined the action as opt-in plaintiffs, outside the court authorized notice process.

5.	The Parties agree to a good-faith private mediation with a mutually agreeable mediator on or before March 31, 2017;

6.	All discovery and pending deadlines are stayed through April 14, 2017;

7.	If the Parties are unable to resolve the case through mediation, or if they otherwise determine that their negotiations have reached an impasse, the Parties will confer regarding the remaining case schedule and deadlines and notify the Court of such an impasse along with a proposed case schedule.

ACCEPTED AND AGREED TO this 17th day of November, 2016.

By: /s/
Laurie Rubinow
James E. Miller
Melissa He
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
          lrubinow@sfmslaw.com
          mhe@sfmslaw.com


By: /s/
Ted E. Trief
Shelly L. Friedland
Caitlin Duffy
TRIEF & OLK
150 E 58th Street, 34th Floor
New York, NY 10155
Telephone: (212) 486-6060
Email:ttrief@triefandolk.com
          sfriedland@triefandolk.com
          cduffy@triefandolk.com


*Attorneys for Plaintiffs, Danielle Barnett*


By: /s/
David R. Golder
Allison P. Dearington
Jackson Lewis, P.C.
90 State House Sq., 8th Fl.
Hartford, CT 06103-3708
Telephone: (860) 522-0404
Email: golderd@jacksonlewis.com
          allison.dearington@jacksonlewis.com


*Attorneys for Defendant*, *Shea's American Grille, LLC*