# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DANIELLE BARNETT, individually and on behalf of all others similarly situated,** | : | **Civil Action No. 3:16-cv-00831-JAM** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| -against- | : | |
| | : | |
| **SHEA'S AMERICAN GRILLE, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF PENDENCY OF COLLECTIVE ACTION LAWSUIT

**TO:** All persons who were employed at Shea's American Bar & Grill or Tomato Joe's Restaurant & Pizzeria, 103 Tolland Turnpike, Manchester, Connecticut, from May 27, 2013 to the present, who were hourly employees (not managers, administrative, or executive personnel)

**RE:** A collective action filed against Shea's American Grille, LLC.

**YOU SHOULD CAREFULLY READ THIS NOTICE.**

### Introduction

This Notice is to inform you of a lawsuit that has been filed against Shea's American Grille LLC ("Shea's") by Danielle Barnett ("Plaintiff") under the federal Fair Labor Standards Act ("FLSA"). The lawsuit is known as *Danielle Barnett v. Shea's American Grille, LLC*, Case No. 3:16-cv-00831-JAM. You are being provided with this notice because you may be entitled to join this lawsuit with Danielle Barnett against Shea's.

At this stage of the litigation, the Court has made no determinations as to the merits of this lawsuit. The purpose of this Notice is to advise you of how your rights may be affected by this lawsuit if you choose to join it, and instructs you on the procedure for participating in the

lawsuit if you choose to do so, along with your rights and obligations. You should carefully review all of the information provided herein regarding your legal rights and obligations and how they may be affected by this suit before joining.

This Notice has been sent out with the permission of the Court; it is not a solicitation from a lawyer.

### Description of the Lawsuit

On May 27, 2016, Danielle Barnett ("Plaintiff") filed a lawsuit against Shea's in the United States District Court for the District of Connecticut on behalf of herself and all other past and present hourly employees of Shea's. Danielle Barnett claims that: (1) Servers and bartenders spent more than 20% of their time performing non-tipped tasks or performed tasks unrelated to tipped work; (2) hourly employees were not paid overtime when they worked more than 40 hours in a workweek; and (3) Hourly employees worked off-the-clock without compensation or had their compensation deducted that resulted in receiving less than minimum wage in that week. The relief sought in this lawsuit is unpaid minimum wages, overtime compensation, liquidated damages, and attorneys' fees and costs.

Shea's denies any violation of the Fair Labor Standards Act or any other law. Shea's maintains that its tipped employees were properly paid the tip credit minimum wage. Shea's also maintains that it paid tipped employees appropriately for all hours they worked. Shea's further denies that any employee was underpaid for his or her work at any time.

This lawsuit is currently in the early pretrial stage. The Court is not endorsing the merits of this lawsuit or advising you to participate in this lawsuit. The Court has only conditionally certified the FLSA claims as a collective action. The Honorable Jeffrey A. Meyer, a judge in the United States District Court for the District of Connecticut, is presently overseeing this lawsuit.

**Why Did I Get This Notice?**

You are getting this Notice because Shea's records show that you worked at the Restaurant during the relevant time period and in a relevant position.

**Composition of the Collective Group**

Plaintiff seeks to recover on behalf of herself and (1) all current and former servers and bartenders who worked at Shea's at any time from May 27, 2013 to the date notice is issued and spent more than 20% of their time performing non-tipped tasks or performed tasks unrelated to tipped work; or (2) all current and former hourly paid employees who worked at Shea's at any time from May 27, 2013 to the date notice is issued and were not paid overtime when they worked more than 40 hours in a workweek, or worked off-the-clock without compensation, or had their compensation deducted that resulted in receiving less than minimum wage in that week.

**How Do I Join this Lawsuit?**

If you fit the definition above for "Composition of the Collective Group" and if you believe Shea's failed to properly pay you your wages or overtime (see the Description of the Lawsuit above), you may join this lawsuit against Shea's, if you choose, by any of the following ways:

1.    signing and mailing the attached "Consent to Join Action and Authorization to Represent" form to the following address:

>    **Laurie Rubinow, Esq.**
>    **SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
>    **65 Main Street**
>    **Chester, CT 06412**

The envelope must be postmarked no later than 60 days from date notice is mailed.

Or…

2.     signing and e-mailing the attached "Consent to Join Action and Authorization to Represent" form to:

      **lrubinow@sfmslaw.com**

and it must be received by 60 days from date notice is mailed.

Or…

3.     faxing the attached "Consent to Join Action and Authorization to Represent" form to:

    Attn: Laurie Rubinow
    (**866) 300-7367**

and it must be received by 60 days from date notice is mailed.

**If you fail to return the "Consent to Join Action and Authorization to Represent" form in the time provided, you will not be able to participate in the lawsuit. If you have already submitted a consent to join the action, you do not need to submit another one at this time.**

<u>**What Happens If I Join this Lawsuit?**</u>

If you choose to join this lawsuit against Shea's, then you become a plaintiff party. As such, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. Decisions made and agreements entered into by Danielle Barnett will be binding on you if you join this lawsuit.

In addition, if you join this lawsuit against Shea's, then you may be required to appear for a pre-trial deposition in Connecticut to provide testimony in response to questions about your employment, to respond to written questions regarding your claim, and to produce documents and information regarding your claims that you were not properly compensated. For this reason, if you join the lawsuit you should preserve *<u>all</u>* documents relating to your employment currently in your possession. You could also be asked to testify at trial.

4

### **What Happens If I Do Not Join this Lawsuit?**

If you choose not to join this lawsuit, you will not be affected by any judgment or settlement rendered in this lawsuit, whether favorable or unfavorable. If you choose not to join in this lawsuit, you are free to file your own lawsuit under the FLSA or file a complaint with the United States Department of Labor. You should also be aware that your FLSA claims are limited by either a two- or three-year statute of limitations, and delay in joining this action or proceeding separately may impact your claims.

### **No Retaliation**

Federal law prohibits Shea's or anyone acting on its behalf from retaliating against you because you have exercised your rights under the FLSA to join this lawsuit. If you believe that you have been retaliated against in any manner as a consequence of your receiving this Notice, considering whether to join this lawsuit, or actually joining this lawsuit, you should contact the named Plaintiff's attorneys or an attorney of your choosing.

### **Who Is My Lawyer If I Join?**

If you choose to join this lawsuit, your counsel in this action will be the following attorneys ("Collective Counsel") (unless you obtain another attorney):

James E. Miller and Laurie Rubinow
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone:  (860) 526-1100
Facsimile:  (866) 300-7367
Email: jmiller@sfmslaw.com
lrubinow@sfmslaw.com


and

Ted Trief, Shelly L. Friedland, and Caitlin Duffy
TRIEF & OLK
150 East 58th Street
New York, NY 10155
Telephone: (212) 486-6060
Facsimile: (212) 317-2946
Email: ttrief@triefandolk.com
sfriedland@triefandolk.com
cduffy@triefandolk.com


If there is no recovery, you will not have to pay any attorneys' fee.  If the Collective prevails in this litigation or if a settlement is reached, Collective Counsel will request that the Court either determine or approve the amount of attorneys' fees and costs they are entitled to receive for their services.

## Further Information

Further information about this Notice, the deadline for filing a "Consent to Join Action and Authorization to Represent" form, or questions concerning this lawsuit may be obtained by writing, phoning, or sending an e-mail to either of the Plaintiff's attorneys listed above at the numbers or addresses stated above.  **DO NOT CONTACT THE COURT DIRECTLY**.